

# Fourth Court of Appeals
## San Antonio, Texas

July 19, 2018

No. 04-18-00042-CV

Joseph M. **ESPARZA** and Volaire Jet Interiors, Inc.,
Appellants

v.

Chad F. **CHRISTIAN**,
Appellee

From the County Court At Law No. 10, Bexar County, Texas
Trial Court No. 2017CV03128
Honorable David J. Rodriguez, Judge Presiding

# O R D E R

On May 1, 2018, we granted the parties' agreed motion to abate this appeal pending mediation until July 2, 2108. On June 29, 2018, we extended the abatement until July 14, 2018 in response to the parties second agreed motion to abate. On July 17, 2018, appellants filed an Agreed Motion to Lift Abatement, which advised the parties were unable to reach a settlement agreement.

We **GRANT** the Agreed Motion to Lift Abatement. It is therefore **ORDERED** that this appeal is reinstated on the docket of this court. This court received appellants' brief on July 17, 2016. Therefore, appellee's brief shall be due on or before August 16, 2018.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of July, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court